IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTONIO LAMONT TRIPLETT,

       Petitioner,

  -vs-

WARDEN JAMES CROSS,

       Respondent.                No. 13-cv-215-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the order signed by this Court on November 20, 2013, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DENIED** as moot.

                          NANCY J. ROSENSTENGEL,
                          CLERK OF COURT


                          BY:   s/*Sara Jennings*
                                Deputy Clerk


**DATED:** November 20, 2013

David R.
Herndon
2013.11.20
23:26:55 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT